STATE EX REL. HAMRICK v. FRUCHTE, JUDGE.

[No. 28,188.   Filed May 9, 1946.]

Nathan C. Nelson, of Decatur, for respondent.

J. Fred Fruchte, pro se.

YOUNG, J.—Relator filed original action asking this court to mandate respondents to grant a change of venue from respondent Judge in a certain cause then pending in the Adams Circuit Court. An alternative writ was issued and served and the respondents have filed answer showing that the application for change of venue has been granted.

Rule having been discharged this cause should be dismissed and it is so ordered.